UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

D. GORDON POTTER,

                                        NO. CIV. S-06-862 LKK/DAD

      Plaintiff,

  v.                                           O R D E R

UNITED STATES OF AMERICA,

      Defendant.
_____/

    Pursuant to court order, a Status Conference is currently set in the above-captioned case on June 26, 2006. To allow time for the United States to appear in this action, the Status Conference is CONTINUED to August 28, 2006 at 3:30 p.m. The Clerk is directed to serve a copy of this order on the United States Attorney for the Eastern District of California.

    IT IS SO ORDERED.

    DATED: June 22, 2006

                                                /s/ Lawrence K. Karlton
                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT