UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

D. GORDON POTTER,

           Plaintiff,

    v.

UNITED STATES OF AMERICA,

           Defendant.
_____/

NO. CIV. S-06-862 LKK/DAD

O R D E R

Pending on the court's September 11, 2006 law and motion calendar is defendant's motion to dismiss for lack of jurisdiction. Plaintiff filed a statement of non-opposition to the motion to dismiss. Accordingly, the court orders as follows:

    1.   Defendant's motion to dismiss is GRANTED.

///
///
///
///
///

2. The hearing set for September 11, 2006 is hereby VACATED.

IT IS SO ORDERED.

DATED: September 6, 2006.

    _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT